# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WILLIAM N. TURK, CARLITA B. TURK, and NORMAN RADOW, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MORRIS, MANNING & MARTIN, LLP; TIMOTHY POLLOCK; LARGE & GILBERT, INC.; CONSERVATION PAYS, LLC; JOSEPH C. SKALSKI; ATLANTIC COAST CONSERVANCY PROPERTIES, LLC; ENVIRONMENTAL RESEARCH AND MAPPING FACILITY, LLC; THE GEORGIA TUITION ASSISTANCE PROGRAM, INC.; ROBERT D. KELLER; BENNETT THRASHER, LLC; ORNSTEIN-SCHULER INVESTMENTS LLC; ORNSTEIN-SCHULER CAPITAL PARTNERS LLC; CONSERVATION SAVES, LLC; CONSERVATION MATTERS, LLC; WEIBEL & ASSOCIATES, INC.; CLAY WEIBEL; LUCUS MASON, INC.; LUCUS VON ESH; RUSSELL BENNETT; CARLTON WALSTAD; GREENCONE INVESTMENTS, LLC; BLETHEN MINE CONSULTANTS, LLC; MARVIN BLETHEN; GALT MINING INVESTMENTS, LLC; THE NATIONAL | CIVIL ACTION FILE NO.<br><br>1:20-cv-2815-AT |

| | |
|---|---|
| WILD TURKEY FEDERATION RESEARCH FOUNDATION, INC.; AMERICAN UPLAND TRUST, LLC; DONALD R. SKLAR; PARTNERSHIP TAX SOLUTIONS, INC.; AARON KOWAN; and THE PRIVATE CLIENT LAW GROUP;<br><br>      Defendants. | |

### DEFENDANTS DONALD R. SKLAR AND PARTNERSHIP TAX SOLUTIONS, INC.'S PRE-ANSWER MOTION TO DISMISS PLAINTIFFS' ORIGINAL CLASS ACTION COMPLAINT

Pursuant to Federal Rules of Civil Procedure 8(a), 9(b) and 12(b)(6), Defendants Donald R. Sklar and Partnership Tax Solutions, Inc., (collectively "Sklar") hereby file this Motion to Dismiss, respectfully moving this Court to dismiss Plaintiffs' Complaint and all of the claims asserted against Sklar. In support of this Motion, Sklar relies on his memorandum of law filed as an attachment herewith, and the documents of record in this action.

For the reasons set forth in their brief herewith, Sklar respectfully requests that this Court grant his motion to Dismiss and enter an Order dismissing all claims asserted against Sklar.

This 9th day of November, 2020.

        Respectfully submitted,

        */s/ Don B. Brown*_____
        Don B. Brown
        GA Bar No. 496667

        */s/ D. Michael Williams*__
        D. Michael Williams
        GA Bar No. 761328

        */s/ W. Dowdy White*_____
        W. Dowdy White
        GA Bar No. 320879

        ***Attorneys for Defendants Donald R. Sklar and Partnership Tax Solutions, Inc.***

**HALL BOOTH SMITH, P.C.**
191 Peachtree Street, NE
Suite 2900
Atlanta, GA 30303
404/954-5000 (main)
404/954-5020

3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WILLIAM N. TURK, CARLITA B. TURK, and NORMAN RADOW, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MORRIS, MANNING & MARTIN, LLP; TIMOTHY POLLOCK; LARGE & GILBERT, INC.; CONSERVATION PAYS, LLC; JOSEPH C. SKALSKI; ATLANTIC COAST CONSERVANCY PROPERTIES, LLC; ENVIRONMENTAL RESEARCH AND MAPPING FACILITY, LLC; THE GEORGIA TUITION ASSISTANCE PROGRAM, INC.; ROBERT D. KELLER; BENNETT THRASHER, LLC; ORNSTEIN-SCHULER INVESTMENTS LLC; ORNSTEIN-SCHULER CAPITAL PARTNERS LLC; CONSERVATION SAVES, LLC; CONSERVATION MATTERS, LLC; WEIBEL & ASSOCIATES, INC.; CLAY WEIBEL; LUCUS MASON, INC.; LUCUS VON ESH; RUSSELL BENNETT; CARLTON WALSTAD; GREENCONE INVESTMENTS, LLC; BLETHEN MINE CONSULTANTS, LLC; MARVIN BLETHEN; GALT MINING INVESTMENTS, LLC; THE NATIONAL | CIVIL ACTION FILE NO.<br><br>1:20-cv-2815-AT |

4

| | |
|---|---|
| WILD TURKEY FEDERATION RESEARCH FOUNDATION, INC.; AMERICAN UPLAND TRUST, LLC; DONALD R. SKLAR; PARTNERSHIP TAX SOLUTIONS, INC.; AARON KOWAN; and THE PRIVATE CLIENT LAW GROUP;<br><br>    Defendants. | |

## CERTIFICATE OF SERVICE

This is to certify that the undersigned and hereby swears that a true and correct copy of the within and foregoing ***DEFENDANTS DONALD R. SKLAR AND PARTNERSHIP TAX SOLUTIONS, INC.'S PRE-ANSWER MOTION TO DISMISS PLAINTIFFS' ORIGINAL CLASS ACTION COMPLAINT***, was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

Further, this is to certify that that the formatting for the filing herein is Times New Roman, 14 point, in accordance with Local Rule 5.1(C).

This 9th day of November, 2020.

                        Respectfully submitted,

                        */s/  Don B. Brown*_____
                        Don B. Brown
                        GA Bar No. 496667

                        */s/  D. Michael Williams*__
                        D. Michael Williams
                        GA Bar No. 761328

                        */s/ W. Dowdy White*_____
                        W. Dowdy White
                        GA Bar No. 320879

                        ***Attorneys for Defendants Donald R. Sklar and Partnership Tax Solutions, Inc.***