UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILLIAM N. TURK, CARLITA B. TURK, AND NORMAN RADOW, on behalf of themselves and all persons similarly situated,<br><br>    *Plaintiffs,*<br><br>v.<br><br>MORRIS, MANNING & MARTIN, LLP, et al.,<br>    *Defendants.* | Civil Action File<br>No. 1:20-CV-02815-AT |

**DEFENDANTS RUSSELL BENNETT, CARLTON WALSTAD, AND GREENCONE INVESTMENTS, LLC'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Defendants Russell Bennett, Carlton Walstad, and Greencone Investments, LLC (collectively, the "Greencone Defendants") move the Court, under Rule 12(b)(6) of the Federal Rules of Civil Procedure, for dismissal of Plaintiffs' complaint against them (Doc. 1) and all of the claims asserted against them in the complaint, with prejudice.[1]

For the reasons stated in the Greencone Defendants' memorandum of law being filed with this motion, Plaintiffs' complaint fails to state a claim against the Greencone Defendants for which relief can be granted. Plaintiffs'

---

[1] The Greencone Defendants are only named in Counts I, II, III, IV, V, "COUNT VI NEGLIGENT MISREPRESENTATION" (there are two Count VI's in the complaint), Count VIII, IX, and X.

1

165-page complaint provides sparse detail regarding the Greencone Defendants' involvement in the alleged frauds. No false statement by any Greencone Defendant is alleged. Beyond claiming that the Greencone Defendants provided consulting services to the LLCs, contributed undefined property to the LLCs, and received profits and other compensation from the LLCs, the complaint doesn't specify how the Greencone Defendants were involved in planning or carrying out the alleged frauds. The lack of specificity in the complaint is fatal to Plaintiff's fraud claim under Federal Rule of Civil Procedure 9(b).

Plaintiffs' RICO claims allege conduct actionable as securities fraud, so those claims are barred by the Private Securities Litigation Reform Act. Even if they weren't, the complaint's allegations of wire and mail fraud don't plausibly allege the required elements of a federal or Georgia RICO violation or conspiracy as to the Greencone Defendants. According to Plaintiffs' timeline, their RICO claims are time-barred because they should have known of their alleged injuries more than four years before filing this action.

Plaintiffs' reliance-based common-law claims miss the mark, too. They don't plausibly allege justifiable reliance, and their negligence-based claims don't sufficiently allege a duty or a breach and are untimely. These failures also doom Plaintiffs' claims for aiding and abetting and civil conspiracy. For all its length, the complaint fails state a claim against the Greencone

Defendants that is plausible on its face, and it should be dismissed with prejudice as to them for the reasons stated in the Greencone Defendants memorandum of law.

Respectfully submitted this 9th day of November, 2020.

                                         **JOHNSON MARLOWE LLP**

| | |
|---|---|
| 335B Oconee Street | /s/ Spence Johnson |
| Athens, GA 30601 | Spence Johnson |
| (706) 425-8740 t | Georgia Bar No. 395469 |
| (706) 850-6400 f | John Malutinok |
| spence@johnsonmarlowe.com | Georgia Bar No. 128509 |
| john@johnsonmarlowe.com | |

                                         **Attorneys for Defendants Russell Bennett, Carlton Walstad, and Greencone Investments, LLC**

**CERTIFICATE OF COMPLIANCE**

Under Local Rule 7.1(D), I hereby certify that this motion has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1. This document was prepared in Century Schoolbook, 13-point.

This 9th day of November, 2020.

/s/ Spence Johnson
Spence Johnson
Georgia Bar # 395469
Counsel for the
Greencone Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Defendants Russell Bennett, Carlton Walstad, and Greencone Investments, LLC's Motion to Dismiss Plaintiffs' Complaint was served on all counsel of record through the Court's electronic filing system.

Dated: November 9, 2020.

335B Oconee Street
Athens, GA 30601
(706) 425-8740 t
(706) 850-6400 f
spence@johnsonmarlowe.com
john@johnsonmarlowe.com

/s/ Spence Johnson
Spence Johnson
Georgia Bar No. 395469

**Attorneys for Defendants Russell Bennett, Carlton Walstad, and Greencone Investments, LLC**