# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WILLIAM N. TURK, CARLITA B. TURK, and NORMAN RADOW, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>MORRIS, MANNING & MARTIN, LLP; TIMOTHY POLLOCK; LARGE & GILBERT, INC.; CONSERVATION PAYS, LLC; JOSEPH C. SKALSKI; ATLANTIC COAST CONSERVANCY , INC.; ATLANTIC COAST CONSERVANCY PROPERTIES, LLC; ENVIRONMENTAL RESEARCH AND MAPPING FACILITY, LLC; THE GEORGIA TUITION ASSISTANCE PROGRAM, INC.; ROBERT D. KELLER; BENNETT THRASHER, LLC; ORNSTEIN-SCHULER INVESTMENTS LLC; ORNSTEIN-SCHULER CAPITAL PARTNERS LLC; CONSERVATION SAVES, LLC; CONSERVATION MATTERS, LLC; WEIBEL & ASSOCIATES, INC.; CLAY WEIBEL; LUCUS MASON, INC.; LUCUS VON ESH; RUSSELL BENNETT; CARLTON WALSTAD; GREENCONE INVESTMENTS, LLC; BLETHEN MINE CONSULTANTS, LLC; MARVIN BLETHEN; GALT MINING INVESTMENTS, LLC; THE NATIONAL WILD TURKEY FEDERATION | Civil Action No.:<br>1:20-CV-02815-AT |

RESEARCH FOUNDATION, INC.;
AMERICAN UPLAND TRUST, LLC;
DONALD R. SKLAR; PARTNERSHIP
TAX SOLUTIONS, INC.; AARON
KOWAN; and THE PRIVATE CLIENT
LAW GROUP,

      Defendants.

## MOTION TO DISMISS BY DEFENDANTS NATIONAL WILD TURKEY FEDERATION RESEARCH FOUNDATION, INC. & AMERICAN UPLAND LAND TRUST, LLC

Defendants National Wild Turkey Federation Research Foundation, Inc. ("NWTFRF") and American Upland Land Trust, LLC ("AULT"), incorrectly identified as American Upland Trust, LLC (collectively, the "NWTF Defendants"), hereby move the Court to dismiss Plaintiffs' Complaint against them, *with prejudice*, pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted.  In the alternative, the NWTF Defendants move the Court to (1) dismiss Plaintiffs' RICO claims against them, *with prejudice*, pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted and (2) dismiss all other claims against them pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure for lack of personal jurisdiction.

In support of this Motion, the NWTF Defendants submit and rely on their accompanying Memorandum of Law.

2

Respectfully submitted this 9th day of November 2020.

**GORDON REES SCULLY MANSUKHANI, LLP**

/s/ *Natasha S.L. Banks*
Natasha S.L. Banks
Georgia Bar No. 488403
55 Ivan Allen Jr. Blvd., NW, Suite 750
Atlanta, Georgia 30308
Telephone: (404) 869-9054
Facsimile: (678) 389-8475
nbanks@grsm.com

Joshua Dixon, *admitted pro hac vice*
South Carolina Bar No. 75815
40 Calhoun Street, Suite 350
Charleston, SC 29401
Telephone: (842) 278-5900
Facsimile: (843) 804-4691
jdixon@grsm.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this 9th day of November, 2020, electronically filed the foregoing MOTION TO DISMISS BY DEFENDANT NATIONAL WILD TURKEY FEDERATION RESEARCH, INC. and DEFENDANT AMERICAN UPLAND TRUST, LLC, using the Court's CM/ECF e-filing system, which will automatically and electronically serve the parties of record in this matter.

/s/ *Natasha S.L. Banks*
Counsel

## **CERTIFICATE OF RULE 7.1(D) COMPLIANCE**

Under Local Rule 7.1(D), I hereby certify that this document complies with the font and point selections set forth in Local Rule 5.1. This document was prepared in Times New Roman 14-point font.

/s/ <i>Natasha S.L. Banks</i><br>
Counsel