IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILLIAM N. TURK, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION FILE NO. |
| v. ) | |
| ) | 1:20-CV-02815-AT |
| MORRIS, MANNING & MARTIN, LLP, ) | |
| TIMOTHY POLLOCK, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MOTION TO DISMISS BY ATLANTIC COAST CONSERVANCY, INC., ATLANTIC COAST CONSERVANCY PROPERTIES, LLC, <u>AND DR. ROBERT D. KELLER</u>**

DEFENDANTS Atlantic Coast Conservancy, Inc. ("ACC"), Atlantic Coast Conservancy Properties, LLC ("ACCP") and Dr. Robert D. Keller ("Dr. Keller") move the Court to dismiss the Complaint all of the purported causes of action brought against them pursuant to Federal Rule of Civil Procedure 12(b)(6).

Plaintiffs' shotgun Complaint (Doc. 1) does not comport with the minimum pleading requirements of Rules 8 and 9(b), and on the merits fails to state any plausible claim upon which relief may be granted as against ACC, ACCP or Dr. Keller. In addition, Plaintiffs lack standing to bring these claims, and the claims are barred by the applicable statutes of limitations. In support of this Motion, ACC,

1

ACCP and Dr. Keller submit and rely on their accompanying Memorandum of Law, the materials submitted therewith and other materials of record, and those portions of the brief of Morris Manning expressly adopted by the ACC Defendants' brief.

This 9th day of November, 2020.

Respectfully submitted,

SMITH, GAMBRELL & RUSSELL, LLP

/s/ *Colin Đặng Delaney*
Colin Đặng Delaney
Georgia Bar No. 216858
Gregory K. Smith
Georgia Bar No. 658363
Anthony J. Rollins
Georgia Bar No. 613746

Promenade, Suite 3100
1230 Peachtree Street, NE
Atlanta, Georgia  30309-3592
Telephone: 404-815-3500
Facsimile: 404-815-3509
Email: cdelaney@sgrlaw.com
Email: gsmith@sgrlaw.com
Email: ajrollins@sgrlaw.com

*Counsel for Defendants*
*Atlantic Coast Conservancy, Inc., Atlantic Coast Conservancy Properties, LLC and Dr. Robert D. Keller*

## LOCAL RULE 5.1 CERTIFICATION

I hereby certify that the foregoing Motion to Dismiss by Atlantic Coast Conservancy, Inc., Atlantic Coast Conservancy Properties, LLC and Dr. Robert D. Keller has been prepared in Times New Roman 14 point font in accordance with Local Rule 5.1.

This 9th day of November, 2020.

/s/ *Colin Đặng Delaney*
Colin Đặng Delaney
Georgia Bar No. 216858

Smith, Gambrell & Russell, LLP
Promenade, Suite 3100
1230 Peachtree Street, NE
Atlanta, Georgia  30309-3592
Telephone: 404-815-3500
Facsimile: 404-815-3509
Email: cdelaney@sgrlaw.com

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on this date he caused a true copy of the foregoing **MOTION TO DISMISS BY ATLANTIC COAST CONSERVANCY, INC., ATLANTIC COAST CONSERVANCY PROPERTIES, LLC, AND DR. ROBERT D. KELLER** to be filed with the Clerk of the Court by using the Pacer NextGen CM/ECF system, which will automatically send a notice of electronic filing to all counsel of record in this case. No other counsel or parties are known to the undersigned to be entitled to receive service of papers filed in this case.

This 9th day of November, 2020.

/s/ *Colin Đăng Delaney*
Colin Đăng Delaney
Georgia Bar No. 216858

Smith, Gambrell & Russell, LLP
Promenade, Suite 3100
1230 Peachtree Street, NE
Atlanta, Georgia  30309-3592
Telephone: 404-815-3500
Facsimile: 404-815-3509
Email: cdelaney@sgrlaw.com