IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILLIAM N. TURK, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION FILE NO. |
| v. ) | |
| ) | 1:20-CV-02815-AT |
| MORRIS, MANNING & MARTIN, LLP, ) | |
| TIMOTHY POLLOCK, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION TO DISMISS BY
## ENVIRONMENTAL RESEARCH AND MAPPING FACILITY, LLC

DEFENDANT Environmental Research and Mapping Facility, LLC ("ERMF") moves the Court to dismiss the Complaint all of the purported causes of action brought against it pursuant to Federal Rule of Civil Procedure 12(b)(6).

Plaintiffs' shotgun Complaint (Doc. 1) does not comport with the minimum pleading requirements of Rules 8 and 9(b), and on the merits fails to state any plausible claim upon which relief may be granted as against ERMF.  Apart from being improperly lumped together with all other "Defendants" in undifferentiated shotgun allegations, ERMF is barely mentioned in the Complaint and Plaintiffs utterly fail to articulate what ERMF has supposedly done wrong.  In addition,

1

Plaintiffs lack standing to bring these claims, and the claims are barred by the applicable statutes of limitations. In support of this Motion, ERMF submits and relies on the accompanying Memorandum of Law and other the materials appearing of record submitted by other parties.

This 9th day of November, 2020.

        Respectfully submitted,

        SMITH, GAMBRELL & RUSSELL, LLP

        /s/ *Colin Đặng Delaney*
        Colin Đặng Delaney
        Georgia Bar No. 216858
        Gregory K. Smith
        Georgia Bar No. 658363
        Anthony J. Rollins
        Georgia Bar No. 613746

        Promenade, Suite 3100
        1230 Peachtree Street, NE
        Atlanta, Georgia  30309-3592
        Telephone: 404-815-3500
        Facsimile: 404-815-3509
        Email: cdelaney@sgrlaw.com
        Email: gsmith@sgrlaw.com
        Email: ajrollins@sgrlaw.com

        *Counsel for Defendants*
        *Atlantic Coast Conservancy, Inc., Atlantic*
        *Coast Conservancy Properties, LLC and*
        *Dr. Robert D. Keller*

## **LOCAL RULE 5.1 CERTIFICATION**

I hereby certify that the foregoing Motion to Dismiss by Enviromental Research and Mapping Facility, LLC has been prepared in Times New Roman 14 point font in accordance with Local Rule 5.1.

This 9th day of November, 2020.

              /s/ *Colin Đăng Delaney*
              Colin Đăng Delaney
              Georgia Bar No. 216858

Smith, Gambrell & Russell, LLP
Promenade, Suite 3100
1230 Peachtree Street, NE
Atlanta, Georgia  30309-3592
Telephone: 404-815-3500
Facsimile: 404-815-3509
Email: cdelaney@sgrlaw.com

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on this date he caused a true copy of the foregoing **MOTION TO DISMISS BY ENVIRONMENTAL RESEARCH AND MAPPING FACILITY, LLC** to be filed with the Clerk of the Court by using the Pacer NextGen CM/ECF system, which will automatically send a notice of electronic filing to all counsel of record in this case. No other counsel or parties are known to the undersigned to be entitled to receive service of papers filed in this case.

This 9th day of November, 2020.

/s/ *Colin Đặng Delaney*
Colin Đặng Delaney
Georgia Bar No. 216858

Smith, Gambrell & Russell, LLP
Promenade, Suite 3100
1230 Peachtree Street, NE
Atlanta, Georgia 30309-3592
Telephone: 404-815-3500
Facsimile: 404-815-3509
Email: cdelaney@sgrlaw.com