**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| WILLIAM N. TURK, CARLITA B. TURK, and NORMAN RADOW, on behalf of themselves and all others similarly situated, | ) ) ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) **CASE NO. 1:20-cv-2815-AT** ) ) |
| MORRIS, MANNING & MARTIN, LLP, et al., | ) ) ) |
| | ) **JURY DEMAND** |
| *Defendants.* | ) |

**ORDER REGARDING BRIEFING ON DEFENDANTS' MOTIONS TO DISMISS**

Based on the proposals discussed during the December 11, 2020 Status Conference in this matter regarding the framework for briefing on the Motions to Dismiss Defendants intend to file in response to the First Amended Complaint and with notice to the parties that the Court desires to reduce the amount of paperwork and burden on the Court in connection with these Motions to Dismiss, it is hereby **ORDERED**.

1. Plaintiffs shall file their First Amended Complaint on or before January 8, 2021 pursuant to this Court's Order of December 3, 2020 (Doc. 191);

1

2. Defendants' deadline to respond to the First Amended Complaint shall be set by further order of the Court; no Defendant shall be required to respond until such order is entered;

3. With the benefit of having the First Amended Complaint in-hand and the opportunity to observe how the Executive Summary framework was implemented in the related *Lechter* case, the Parties shall then confer regarding how the Parties shall proceed thereafter;

4. The Parties shall take into consideration the Court's concern regarding the volume of briefing in the *Lechter* matter and judicial economy, and shall endeavor to reach a proposal that reduces the burden on the Court;

5. A status conference is scheduled in this matter for 2:00 EST on January 29, 2021 to take place via Zoom at which time the Court will consider the Parties' proposal(s).

**SO ORDERED** this 21st day of December, 2020.

  
_____  
Hon. Amy Totenberg