# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WILLIAM N. TURK, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION FILE NO: |
| v. ) | 1:20-cv-02815-AT |
| ) | |
| MORRIS, MANNING & MARTIN, ) | |
| LLP, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION TO DISMISS
## BY ATLANTIC COAST CONSERVANCY, INC.,
## ATLANTIC COAST CONSERVANCY PROPERTIES, LLC,
## AND DR. ROBERT D. KELLER

For the reasons set forth in the accompanying brief, filed with the Clerk of the Court this same day, and previously filed joint brief, this lawsuit should be dismissed.

Dated: April 9, 2021

        **SMITH, GAMBRELL & RUSSELL, LLP**

        /s/ *Colin Đặng Delaney*
        Colin Đặng Delaney
        Georgia Bar No. 216858
        Greg K. Smith
        Georgia Bar No. 658363
        Anthony J. Rollins
        Georgia Bar No. 613746

        Promenade, Suite 3100
        1230 Peachtree Street, NE
        Atlanta, Georgia 30309-3592
        Telephone: 404-815-3500
        Facsimile: 404-815-3509

        Email: cdelaney@sgrlaw.com
        Email: gsmith@sgrlaw.com
        Email: arollins@sgrlaw.com
        *Counsel for Defendants*
        *Atlantic Coast Conservancy, Inc., Atlantic*
        *Coast Conservancy Properties, LLC and*
        *Dr. Robert D. Keller*

## **CERTIFICATE OF COMPLIANCE**

In accordance with Local Rule 7.1(D), the undersigned counsel certifies that the font and point size, Times New Roman 14 point, used in this comply with Local Rule 5.1(B).

This 9th day of April 2021.

**SMITH, GAMBRELL & RUSSELL, LLP**

/s/ *Colin Đặng Delaney*
Colin Đặng Delaney
Georgia Bar No. 216858
Greg K. Smith
Georgia Bar No. 658363
Anthony J. Rollins
Georgia Bar No. 613746

Promenade, Suite 3100
1230 Peachtree Street, NE
Atlanta, Georgia 30309-3592
Telephone: 404-815-3500
Facsimile: 404-815-3509

Email: cdelaney@sgrlaw.com
Email: gsmith@sgrlaw.com
Email: arollins@sgrlaw.com
*Counsel for Defendants*
*Atlantic Coast Conservancy, Inc., Atlantic Coast Conservancy Properties, LLC and Dr. Robert D. Keller*

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on this date he caused a true copy of the foregoing **MOTION TO DISMISS BY ATLANTIC COAST CONSERVANCY, INC., ATLANTIC COAST CONSERVANCY PROPERTIES, LLC, AND DR. ROBERT D. KELLER** to be filed with the Clerk of the Court by using the Pacer NextGen CM/ECF system, which will automatically send a notice of electronic filing to all counsel of record in this case. No other counsel or parties are known to the undersigned to be entitled to receive service of papers filed in this case.

This 9th day of April 2021.

/s/ *Colin Đăng Delaney*
Colin Đăng Delaney
Georgia Bar No. 216858

Smith, Gambrell & Russell, LLP
Promenade, Suite 3100
1230 Peachtree Street, NE
Atlanta, Georgia  30309-3592
Telephone: 404-815-3500
Facsimile: 404-815-3509
Email: cdelaney@sgrlaw.com