# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WILLIAM N. TURK, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION FILE NO: |
| v.   ) | 1:20-cv-02815-AT |
| ) | |
| MORRIS, MANNING & MARTIN, ) | |
| LLP, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## MOTION TO DISMISS BY ENVIRONMENTAL RESEARCH AND MAPPING FACILITY, LLC

For the reasons set forth in the accompanying brief, filed with the Clerk of the Court this same day, and previously filed joint brief, this lawsuit should be dismissed.

Dated: April 9, 2021

                                         **SMITH, GAMBRELL & RUSSELL, LLP**

                                         /s/ *Colin Đặng Delaney*
                                         Colin Đặng Delaney
                                         Georgia Bar No. 216858
                                         Greg K. Smith
                                         Georgia Bar No. 658363
                                         Anthony J. Rollins
                                         Georgia Bar No. 613746
                                         Jason S. Bell

                                         Promenade, Suite 3100
                                         1230 Peachtree Street, NE
                                         Atlanta, Georgia 30309-3592
                                         Telephone: 404-815-3500
                                         Facsimile: 404-815-3509

                                         Email: cdelaney@sgrlaw.com
                                         Email: gsmith@sgrlaw.com
                                         Email: arollins@sgrlaw.com
                                         *Counsel for Defendant*
                                         *Environmental Research and Mapping*
                                         *Facility, LLC*


## CERTIFICATE OF COMPLIANCE

In accordance with Local Rule 7.1(D), the undersigned counsel certifies that the font and point size, Times New Roman 14 point, used in this comply with Local Rule 5.1(B).

This 9th day of April 2021.

**SMITH, GAMBRELL & RUSSELL, LLP**

/s/ *Colin Đặng Delaney*
Colin Đặng Delaney
Georgia Bar No. 216858
Greg K. Smith
Georgia Bar No. 658363
Anthony J. Rollins
Georgia Bar No. 613746

Promenade, Suite 3100
1230 Peachtree Street, NE
Atlanta, Georgia 30309-3592
Telephone: 404-815-3500
Facsimile: 404-815-3509

Email: cdelaney@sgrlaw.com
Email: gsmith@sgrlaw.com
Email: arollins@sgrlaw.com
*Counsel for Defendant*
*Environmental Research and Mapping*
*Facility, LLC*

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on this date he caused a true copy of the foregoing **MOTION TO DISMISS BY ENVIRONMENTAL RESEARCH AND MAPPING FACILITY, LLC** to be filed with the Clerk of the Court by using the Pacer NextGen CM/ECF system, which will automatically send a notice of electronic filing to all counsel of record in this case. No other counsel or parties are known to the undersigned to be entitled to receive service of papers filed in this case.

This 9th day of April 2021.

/s/ *Colin Đặng Delaney*
Colin Đặng Delaney
Georgia Bar No. 216858

Smith, Gambrell & Russell, LLP
Promenade, Suite 3100
1230 Peachtree Street, NE
Atlanta, Georgia  30309-3592
Telephone: 404-815-3500
Facsimile: 404-815-3509
Email: cdelaney@sgrlaw.com