# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WILLIAM N. TURK, CARLITA B. TURK, and NORMAN RADOW, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) Civil Action No. 1:20-CV-2815-AT |
| Plaintiffs, | ) ) |
| v. | ) **JURY DEMAND** ) |
| MORRIS, MANNING & MARTIN, LLP, et al., | ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

COMES NOW, David G.H. Brackett, of the law firm of Bondurant, Mixson & Elmore, LLP, and pursuant to Northern District of Georgia Local Rule 83.1(D), enters an appearance as counsel on behalf of Defendants Morris, Manning & Martin, LLP and Timothy Pollock in the above-styled case and requests service of all pleadings, notices, orders, and any other materials involved in this action. Contact information is as follows:

David G.H. Brackett
Georgia Bar No. 068353
Bondurant, Mixson & Elmore, LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Telephone: (404) 881-4100

Facsimile:  (404) 881-4111
brackett@bmelaw.com

Respectfully submitted this 20th day of August, 2025.

/s/ *David G.H. Brackett*
David G.H. Brackett
Ga. Bar No. 068353

BONDURANT, MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 West Peachtree St. NW
Atlanta, Georgia 30309
Tel: (404) 881-4100
Fax: (404) 881-4111
brackett@bmelaw.com

## **CERTIFICATION OF COMPLIANCE**

The undersigned attorney hereby certifies that the foregoing **NOTICE OF APPEARANCE** was prepared in accordance with N.D. Ga. L.R. 5.1, using Times New Roman font, 14 point.

This 20th day of August, 2025.

/s/ *David G.H. Brackett*
David G.H. Brackett
Ga. Bar No. 068353

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed this **NOTICE OF APPEARANCE** with the Court using the CM/ECF System which will serve a copy via the e-filing system on all counsel.

This 20th day of August, 2025.

*/s/ David. G.H. Brackett*
David G.H. Brackett
Georgia Bar No. 068353
